# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| JIMMY TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: CV509-033 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that the Magistrate Judge correctly gave the reasons for the ALJ's finding that Plaintiff did not suffer significant mental limitations, but the Magistrate Judge failed to consider whether the Administrative Law Judge ("ALJ") applied the applicable legal standard or to evaluate whether substantial evidence supported the ALJ's reasons for rejecting Plaintiff's claimed limitations. Plaintiff contends that it is not sufficient to justify the ALJ's rejection of his treating physician's opinions when the ALJ's reasons for this rejection are unfounded. Plaintiff also contends that the Magistrate Judge erred in recommending that the ALJ's decision regarding his credibility be affirmed, even though the ALJ relied on evidence outside the record.

Plaintiff's Objections are no more than a re-urging of the assertions found in his original Brief and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 26 day of July, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA